UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

3PILLAR GLOBAL, INC.,                         Case No. 25-13542

      Plaintiffs,                         F. Kay Behm
v.                                            United States District Judge

MELISSA JOSEPH,

      Defendants.
_____/

**ORDER REGARDING DEFENDANT'S
MOTION TO DISMISS (ECF No. 6)**

On November 6, 2025, Plaintiff filed a complaint in this district against Defendant, alleging breach of contract and related tort or quasi-contract claims. *See* ECF No. 1. On January 16, 2026, Defendant filed a Motion to Dismiss Counts II, III, IV, and V pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim. (ECF No. 6).

Fed. R. Civ. P. 15(a)(2) states that courts should grant leave to amend a complaint "when justice so requires." In the court's view, under the present circumstances and the early stage of this case, allowing Plaintiff an opportunity to amend its complaint serves the ends of justice. Without expressing any view regarding the merits of the Motion to Dismiss, the court will afford Plaintiff the opportunity to cure any

1

purported deficiencies by filing an amended complaint.  It is **ORDERED** that any amended complaint must be filed within 14 days of entry of this Order.

As a result, Plaintiffs are presented with a choice of how to proceed.  Plaintiffs may file an amended complaint, in which case the court will deny without prejudice the currently pending Motion to Dismiss as moot, <u>or</u> Plaintiffs may elect to rest on their existing complaint and briefing.  If Plaintiffs elect not to file an amended complaint within the specified time period, the court will set a hearing date on the pending motion and briefings presented.

**SO ORDERED**.

Date: February 27, 2026                    <u>s/F. Kay Behm</u>
                                           F. Kay Behm
                                           United States District Judge